THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Richard Alvin Sims,       
Appellant.
 
 
 

Appeal From Newberry County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-180
Submitted January 10, 2003  Filed March 
 6, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of the South Carolina Office 
 of Appellate Defense, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; William Townes Jones, of Greenwood; for Respondent.
 
 
 

PER CURIAM:  Richard Alvin Sims (Appellant) 
 was convicted of failing to stop for a police officer, assaulting a police officer 
 while resisting arrest, and possessing with the intent to distribute crack cocaine.  
 On appeal, counsel for Appellant has filed a final brief along with a petition 
 to be relieved as counsel.  Appellant has not filed a pro se response.  
 After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.        
     
APPEAL DISMISSED. [1] 
HEARN, C.J., GOOLSBY and SHULER, JJ., 
 concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.